**FILED**

DEC 1 2 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF NORTHERN CHEYENNE TRIBAL COURT (MAIN BUILDING AND DETACHED STORAGE CONTAINER) LOCATED AT 25 NORTH CHEYENNE AVENUE, LAME DEER, MONTANA | Case No. MJ-17-67-BLG-TJC<br><br>ORDER SEALING APPLICATION AND ACCOMPANYING AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT<br><br>Magistrate Judge Timothy J. Cavan |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to FED. R. CRIM. P. 16.

DATED this 12 day of December, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge